**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY MUNDY,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK,<br><br>Defendants. | Case No. 1:24-cv-06736-MKB-RML<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, JP MORGAN CHASE BANK** |

**NOTICE IS HEREBY GIVEN** that Plaintiff ANTHONY MUNDY ("Plaintiff") and Defendant JP MORGAN CHASE BANK ("JP MORGAN" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to JP MORGAN once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

RESPECTFULLY SUBMITTED,

Dated: February 7, 2025

By: *<u>/s/ Jeffrey Lohman</u>*

Jeffrey Lohman, Bar #032315
The Law Offices of Jeffrey Lohman, PLLC
2325 Camelback Road, Suite 400
Phoenix, AZ 85016
Email: jeffl@jlohman.com
Phone: (602) 461-7404

Attorneys for Plaintiff,
ANTHONY MUNDY

**CERTIFICATE OF SERVICE**

I certify that on February 7, 2025, I served Plaintiff ANTHONY MUNDY's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: *_/s/ Jeffrey Lohman_*
Jeffrey Lohman, Bar #032315
The Law Offices of Jeffrey Lohman, PLLC
2325 Camelback Road, Suite 400
Phoenix, AZ 85016
Email: jeffl@jlohman.com
Phone: (602) 461-7404

Attorneys for Plaintiff,
ANTHONY MUNDY